# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
NOV 0 5 2014

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JOSE ANGEL LOPEZ (1),<br><br>                    Defendant. | CASE NO. 14CR2783-CAB<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8 USC 1324(a)(1)(A)(ii),(v)(II) - ATTEMPTED TRANSPORTATION OF ILLEGAL ALIENS AND AIDING AND ABETTING

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 5, 2014

Karen S. Crawford
U.S. Magistrate Judge